UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | MAG. JUDGE NO. 2:16-MJ-38-1 |
| | § | |
| MARIA HEREDIA PICON | § | |

## MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f). Detention of the defendant pending trial in this case is required because there is a serious risk that the defendant will not appear.

The evidence against the defendant meets the probable cause standard. The defendant was released on bond in a felony case at the time of the commission of the instant offense. Therefore, the defendant has shown an unwillingness or inability to comply with court ordered conditions of release. Further, it is likely the state court will issue a warrant for the defendant's arrest based on the instant offense. The findings and conclusions contained in the Pretrial Services Report are adopted.

The defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver

the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

    ORDERED this 20th day of January, 2016.

                                                  Jason B. Libby
                                     United States Magistrate Judge